

**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

Susan Ghim,
Sr. Litigation Counsel
sghim@nisarlaw.com
Main: (212) 600-9534
Direct: (646) 889-1011

January 26, 2026

*[handwritten: The conference is adjourned to March 6 at 10:00 am. /s/ Denise Cote 1/27/26]*

VIA ECF TO:
Hon. Denise Cote, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

Re:    Case No. 25cv7085 Bradley v. Pandora Jewelry LLC
       Parties' Joint Request to Adjourn Initial Conference tbh 1/30/2026, 2:30pm

Dear Judge Cote:

As the Court is aware, this firm represents the Plaintiff Taylor Bradley ("Plaintiff") in the above referenced matter. On or about August 26, 2025, Plaintiff filed the instant action for discrimination and retaliation based on her African American race pursuant to Title VII, 42 USC §2000e et seq. and related state laws. The Defendant Pandora Jewelry LLC ("Defendant" or "Pandora") timely filed an Answer on or about October 26, 2025 denying all allegations of discrimination with affirmative defenses. [ECF doc. no. 10] The Plaintiff and Defendant (collectively, "Parties") respectfully request that the initial conference scheduled for January 30, 2026 at 2:30pm be adjourned to a later date subject to the outcome of the Parties' mediation. [ECF doc. no. 7] This request was made more than 2 business days from the date of the conference. **a)** The Parties were referred to mediation and an in-person mediation was scheduled with the mediator for January 30, 2026 starting at 10am. [ECF doc. no. 11] Moreover, should the parties' settle their disputes at the mediation an initial conference would be unnecessary. **b)** Accordingly, the Parties jointly request that the initial conference scheduled for the same day, January 30, 2026 at 2:30pm be adjourned. [ECF doc. no. 7] **c)** Principal counsel for the Parties are available on the following Friday dates: February 27, March 6, March 13 and March 20, 2026.

Respectfully submitted,

/s/ Susan Ghim

_____

Susan Ghim

Via ECF To: all attorneys of record